**1016**

**BOECKELER LUMBER CO., Appellant, v. GRAND RAPIDS TRUST CO.**

Circuit Court of Appeals, Eighth Circuit.
June 20, 1929.

No. 8636.

Xenophon P. Wilfley, of St. Louis, Mo., for appellant.

J. T. & T. F. McAllister, of Grand Rapids, Mich., and Abbott, Fauntleroy, Cullen & Edwards, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, at costs of appellant, on motion of appellant and stipulation of parties.

**Andrea CAPACI, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
December 13, 1929.

No. 5563.

James O'Connor, Jr., of New Orleans, La., for appellant.

John W. Harrell, Asst. U. S. Atty., of New Orleans, La.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The judgment is affirmed.

**CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor, etc., Appellant, v. Fred R. SMITH, Superintendent of Banks, etc., et al.**

Circuit Court of Appeals, Eighth Circuit.
August 19, 1929.

No. 8313.

Charles O. Bailey and John H. Voorhees, both of Sioux Falls, S. D., Frank M. Patterson, of New York City, and Theodore M. Bailey, of Sioux Falls, S. D., for appellant.

A. B. Fairbank, Rex M. Warren, F. G. Warren, and John S. Murphy, all of Sioux Falls, S. D., for appellees.

PER CURIAM. Appeal dismissed, pursuant to stipulation of parties.

**CHUNG FON KWONG et al., Petitioners, Appellants, v. Anna C. M. TILLINGHAST, U. S. Commissioner, Respondent, Appellee.**

Circuit Court of Appeals, First Circuit.
October 17, 1929.

No. 2368.

Walter Bates Farr, of Boston, Mass. (E. F. Damon, of Boston, Mass., on the brief), for petitioners.

John W. Schenck, Asst. U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., on the brief), for appellee.

Before BINGHAM, ANDERSON, and WILSON, Circuit Judges.

PER CURIAM. The decision of the District Court [35 F.(2d) 398], denying the petition of the appellants for a writ of habeas corpus, is affirmed.

**CITY NATIONAL BANK OF COUNCIL BLUFFS, Iowa, Appellant, v. COMMISSIONER OF INTERNAL REVENUE.**

Circuit Court of Appeals, Eighth Circuit.
June 28, 1929.

No. 8639.

Daniel T. Sullivan, of Council Bluffs, Iowa, for appellant.

Mabel Walker Willebrandt, Asst. Atty. Gen., and C. M. Charest, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for appellee.

PER CURIAM. Petition to review order of Board of Tax Appeals dismissed, without costs to either party in this court, on motion of appellee and certificate of clerk of Board of Tax Appeals.